

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| BRENDA SANCHEZ, | § | No. 08-22-00161-CR |
| Appellant, | § | Appeal from the |
| | § | 171st District Court |
| v. | § | of El Paso County, Texas |
| THE STATE OF TEXAS, | § | (TC# 20190D06572) |
| State. | § | |
| | § | |

**O R D E R**

The Appellant's brief in the above styled and numbered cause was due January 13, 2023. As of the date of this order, no brief or motion for extension of time to file the brief has been filed with this Court.

It is therefore ORDERED that the trial court conduct a hearing to determine whether Appellant wishes to continue the appeal and if Appellant has been deprived of effective assistance of counsel. Further, the trial court shall forward its findings to the District Clerk of El Paso County, Texas, on or before February 21, 2023. The District Clerk shall prepare and forward a supplemental clerk's record containing the findings and forward the same to this Court on or before March 3, 2023. Further, the transcription of the hearing shall be prepared, certified and filed with this Court on or before March 3, 2023.

IT IS SO ORDERED this 1st day of February, 2023.

PER CURIAM

Before Rodriguez, C.J., Palafox and Soto, JJ.